

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00499-CV

Alexus **NAJERA**,
Appellant

v.

**CSC SOUTH HILL REALTY, LLC**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2025-CV-06127
Jack W. Marr, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

SIGNED December 10, 2025.

_____
Adrian A. Spears II, Justice